No. 83–5337. MUHAMMAD *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 83–5345. SHACKELFORD *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 83–5353. PATEL *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 83–5355. MINYE *v.* UNIVERSITY OF MICHIGAN ET AL. C. A. 6th Cir. Certiorari denied.

No. 83–5356. MOORE *v.* UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 83–5359. D'ALLEMAN, AKA MURCIA *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 83–5372. MALLOY *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 83–5373. MARTIN ET AL. *v.* CALIFORNIA ET AL. C. A. 9th Cir. Certiorari denied.

No. 83–5380. SMITH *v.* LUCAS, WARDEN, ET AL. C. A. 5th Cir. Certiorari denied.

No. 83–5381. VAN ALMEN *v.* MARSHALL, SUPERINTENDENT, SOUTHERN OHIO CORRECTIONAL FACILITY. C. A. 6th Cir. Certiorari denied.

No. 83–5407. DEVINCENT *v.* VERDEYEN, WARDEN. C. A. 4th Cir. Certiorari denied.

No. 83–5412. CULVER *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 83–5414. JOHNSON *v.* NORMAN ET AL. C. A. 5th Cir. Certiorari denied.

No. 83–5416. JOHNSON *v.* ZIMMERMAN, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT HUNTINGDON. C. A. 3d Cir. Certiorari denied.

No. 83–5417. WARREN *v.* TAMPA, FLORIDA, POLICE DEPARTMENT ET AL. C. A. 6th Cir. Certiorari denied.